# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KATHLEEN CATALDI

PLAINTIFF(S),

v.

ROMEO POWER, INC., et al.

DEFENDANT(S).

CASE NUMBER:

2:22–cv–01642

**NOTICE OF INTRA-DISTRICT
TRANSFER BY CLERK OF COURT**

To:  All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 21-01 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the __Southern__ Division.

    This case has been reassigned to case number __8:22–cv–01642 CJC (DFMx)__ and has been assigned to __Judge Cormac J. Carney__ for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to __Magistrate Judge Douglas F. McCormick__ for:

    X any discovery and/or post-judgment matters that may be referred.

    for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: __8:22–cv–01642 CJC (DFMx)__. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number __2:22–cv–01642__. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By: _/s/ Luz Hernandez_
_luz_hernandez@cacd.uscourts.gov_
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G–73 (03/21)      NOTICE OF INTRA–DISTRICT TRANSFER BY CLERK OF COURT